

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2015

No. 04-14-00551-CV

Pablo **SOLIZ**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 14-02-16542-CV
David Wellington Chew, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Marialyn Barnard, Justice

On December 29, 2014, appellant's attorney, Mr. Rick Soliz, filed an appellate brief that does not comply with the Texas Rules of Appellate Procedure because it does not provide appropriate citations to the clerk's record. *See* TEX. R. APP. P. 38.1(d), (g), (i). An appellant's brief must "contain a clear and concise argument for the contentions made, with appropriate citations to authorities and to the record." TEX. R. APP. P. 38.1(i).

Substantial compliance with Rule 38 is sufficient. TEX. R. APP. P. 38.9. However, if Rule 38 has been flagrantly violated, this court may require a brief to be amended, supplemented, or redrawn. TEX. R. APP. P. 38.9(a). Because appellant's brief does not comply with Rule 38.1, Mr. Rick Soliz is hereby ORDERED to file an amended brief that complies with these rules <u>no later than January 19, 2015</u>. If another noncomplying brief is filed, the court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *Id.* If appellant fails to timely file an amended brief that complies with Rule 38.1, this court may dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1).

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2015.

Keith E. Hottle
Clerk of Court

